IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02893-REB-MEH

MENTAL HEALTH CORPORATION OF DENVER,

    Plaintiff,

v.

KATHLEEN SEBELIUS, in her capacity as Secretary of the Department of Health and Human Services,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2011.**

    Defendant's Unopposed Motion for Order to Allow Telephonic Participation in Hearing by Defendant's Counsel in Washington, D.C. [filed March 21, 2011; docket #19] is **granted**. C'Reda Weeden may appear telephonically at the Scheduling Conference set for March 24, 2011. Ms. Weeden and Mr. McBride, counsel for Plaintiff also appearing telephonically, shall first conference together and then call Chambers at (303) 844-4507 at the designated time.