IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02893-REB-MEH

MENTAL HEALTH CORPORATION OF DENVER,

    Plaintiff,

v.

KATHLEEN SEBELIUS, in her capacity as Secretary of the Department of Health and Human Services,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 30, 2011.**

    Plaintiff's Motion for Leave to Conduct Discovery, Supplement the Record, and Set a Discovery Plan [filed May 23, 2011; docket #28] is **denied without prejudice** with leave to raise the issue again if the parties fail to reach a settlement agreement.