**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02893-REB-MEH
(Consolidated with Civil Action No. 10-cv-02894-REB-MEH)

MENTAL HEALTH CORPORATION OF DENVER,

    Plaintiff,

v.

KATHLEEN SEBELIUS, in her capacity as Secretary of the Department of Health and Human Services,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter is before me on the **Joint Motion For Order Directing The Clerk To Administratively Close Cases Pursuant To D.C.COLO.LCivR 41.2** [#40][1] filed February 24, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion For Order Directing The Clerk To Administratively Close Cases Pursuant To D.C.COLO.LCivR 41.2** [#40] filed February 24, 2012, is **GRANTED**;

    2. That under **D.C.COLO.LCivR 41.2**, this action is **CLOSED ADMINISTRATIVELY**; and

---

[1] "[#40]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively.

Dated February 27, 2012, at Denver, Colorado.

                                       **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge