**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02893-REB-MEH
(Consolidated with Civil Case No. 10-cv-002894-REB-MEH)

MENTAL HEALTH CORPORATION OF DENVER,

    Plaintiff,

v.

KATHLEEN SEBELIUS, in her capacity as Secretary of the Department of Health and Human Services,

    Defendant.

**ORDER LIFTING ADMINISTRATIVE CLOSURE**

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Administratively Reopen and Dismiss** [#42][1] filed July 10, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this consolidated action should be reopened to be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Administratively Reopen and Dismiss** [#42] filed July 10, 2012, is **GRANTED**;

    2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

    3. That the motion to dismiss is **GRANTED**; and

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE**.

Dated July 10, 2012, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge